United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH SOLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00372 |
| | § | |
| FELIX C ANAZOR, *et al*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION
### TO DISMISS CASE FOR FAILURE TO PROSECUTE

Plaintiff Joseph Solis, appearing *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. At the time Plaintiff filed this action, he was confined at the TDCJ's McConnell Unit in Beeville, Texas. The McConnell Unit is listed on the docket as Plaintiff's current address. However, the Court has mailed several orders in this case to Plaintiff, beginning in July 2020, which have all been returned as undeliverable and with the notation "Discharged." (D.E. 29, 30, 33).

On January 14, 2021, the undersigned ordered Plaintiff to show cause on or before January 28, 2021 why this action should not be dismissed for want of prosecution. (D.E. 35). This Order was mailed to Plaintiff's listed address at the McConnell Unit. To date, Plaintiff has failed to file a response or otherwise submit a Notice of Change of Address with the Court. The January 14 Order also was returned to the Court as undeliverable with the notation "Discharged." (D.E. 36).

A district court may dismiss an action for failure to prosecute or to comply with any order of the Court. *McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988); Fed. R. Civ. P. 41(b).  Dismissal of this case is warranted under these circumstances because it is apparent that Plaintiff has abandoned this lawsuit.  Accordingly, it is respectfully recommended that Plaintiff's lawsuit be **DISMISSED** without prejudice under Rule 41(b) for failure to prosecute.

Respectfully submitted on February 1, 2021.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).